UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61540-CIV-SINGHAL/VALLE

EDERSON J. PACHECO,
and other similarly situated individuals,

      Plaintiff,

v.

YORKSHIRE BUILDING SERVICES, INC.,

      Defendant.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

      **THIS CAUSE** is before the Court on a *sua sponte* review of the record.  On February 12, 2021, the Court ordered Plaintiff to move for entry of a Clerk's default against Defendant by February 26, 2021.  (DE [9]).  Plaintiff was also advised that failure to file a motion for entry of Clerk's default by the deadline may result in a dismissal without prejudice.  *Id.*  To date, Plaintiff has not moved for entry of a Clerk's default or for an extension of time.  Accordingly, it is

      **ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE** against Defendant Yorkshire Building Services, Inc.  The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

      **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 1st day of March 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF